

**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

World Wrestling Entertainment®

| | INVOICE |
|---|---|
| Invoice No. | 95755 |
| Contract No. | 1339 TC |
| Date | 03/01/14 |
| Customer ID | 133154 |
| Term | Net 30 Days |
| Currency | USD |
| Installment | 2 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK 10250

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 560,000.00 |

RAW (3HR)52 EPISODES @ $13,461.54/EACHEPISODE (#1075-1126)
SMACKDOWN (2HR)52 EPISODES @ $10,769.23/EACH EPISODE (#750-801) MAIN EVENT 52 EPISODES @ $5,384.62/EACH EPISODE (#66-117)
SUPERSTARS 52 EPISODES @ $5,384.62/EACH EPISODE (#247-298)
NXT 52 EPISODES @ $1,615.38/EACH EPISODE (#202-253)
BOTTOMLINE 52 EPISODES @ $2,692.31/EACH EPISODE (#607-658)
AFTERBURN 52 EPISODES @ $5,384.62/EACH EPISODE (#607-658)
VINTAGE COLLECTION 52 EPISODES @ $1,076.92/EACH EPISODE (#292-343)
WWE EXPERIENCE 52 EPISODES @ $2,692.31/EACH EPISODE (#506-557)
THIS WEEK 52 EPISODES @ $2,692.31/EACH EPISODE (#258-309)
PPVSPECILAS
12 EPISODES @ $11,666.67/EACH
EPISODE (#1-12)

THAILAND

**PLEASE WIRE FUNDS AS FOLLOWS:**
**JP MORGAN CHASE**
270 PARK AVENUE
41ST FLOOR
NEW YORK, NY 10017
SWIFT CODE: CHASUS33
ABA # 021000021
TO FURTHER CREDIT
CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.
ACCT# 323-415660
*PLEASE REFERENCE INVOICE NUMBERS

| | |
|---|---|
| **Sales Total:** | 560,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 560,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

**INVOICE**

| | |
|---|---|
| Invoice No. | 97598 |
| Contract No. | 1339 TC |
| Date | 06/01/14 |
| Customer ID | 133154 |
| Term | Net 30 Days |
| Currency | USD |
| Installment | 3 OF 5 |

**BILL TO:**
CTH Content Company Limited
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250
Thailand

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 560,000.00 |

RAW (3HR)52 EPISODES @ $13,461.54/EACHEPISODE (#1075-1126)

SMACKDOWN (2HR)52 EPISODES @ $10,769.23/EACH EPISODE (#750-801) MAIN EVENT 52 EPISODES @ $5,384.62/EACH EPISODE (#66-117)

SUPERSTARS 52 EPISODES @ $5,384.62/EACH EPISODE (#247-298)

NXT 52 EPISODES @ $1,615.38/EACH EPISODE (#202-253)

BOTTOMLINE 52 EPISODES @ $2,692.31/EACH EPISODE (#607-658)

AFTERBURN 52 EPISODES @ $5,384.62/EACH EPISODE (#607-658)

VINTAGE COLLECTION 52 EPISODES @ $1,076.92/EACH EPISODE (#292-343)

WWE EXPERIENCE 52 EPISODES @ $2,692.31/EACH EPISODE (#506-557)

THIS WEEK 52 EPISODES @ $2,692.31/EACH EPISODE (#258-309)

PPVSPECILAS

12 EPISODES @ $11,666.67/EACH

EPISODE (#1-12)

THAILAND

**PLEASE WIRE FUNDS AS FOLLOWS:**
**JP MORGAN CHASE**
**270 PARK AVENUE**
**41ST FLOOR**
**NEW YORK,NY  10017**
**SWIFT CODE:CHASUS33**
**ABA # 021000021**
**TO FURTHER CREDIT**
**CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.**
**ACCT# 323-415660**
**\*PLEASE REFERENCE INVOICE NUMBERS**

| | |
|---|---|
| **Sales Total:** | 560,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 560,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---:|
| Invoice No. | 99127 |
| Contract No. | 1339 TC |
| Date | 08/01/14 |
| Customer ID | 133154 |
| Term | Net 30 Days |
| Currency | USD |
| Installment | 4 OF 5 |

**BILL TO:**
CTH Content Company Limited
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250
Thailand

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---:|
| | 560,000.00 |

RAW (3HR)52 EPISODES @ $13,461.54/EACHEPISODE (#1075-1126)
SMACKDOWN (2HR)52 EPISODES @ $10,769.23/EACH EPISODE (#750-801) MAIN EVENT 52 EPISODES @ $5,384.62/EACH EPISODE (#66-117)
SUPERSTARS 52 EPISODES @ $5,384.62/EACH EPISODE (#247-298)
NXT 52 EPISODES @ $1,615.38/EACH EPISODE (#202-253)
BOTTOMLINE 52 EPISODES @ $2,692.31/EACH EPISODE (#607-658)
AFTERBURN 52 EPISODES @ $5,384.62/EACH EPISODE (#607-658)
VINTAGE COLLECTION 52 EPISODES @ $1,076.92/EACH EPISODE (#292-343)
WWE EXPERIENCE 52 EPISODES @ $2,692.31/EACH EPISODE (#506-557)
THIS WEEK 52 EPISODES @ $2,692.31/EACH EPISODE (#258-309)
PPVSPECILAS
12 EPISODES @ $11,666.67/EACH
EPISODE (#1-12)

THAILAND

**PLEASE WIRE FUNDS AS FOLLOWS:**
JP MORGAN CHASE
270 PARK AVENUE
41ST FLOOR
NEW YORK,NY  10017
SWIFT CODE:CHASUS33
ABA # 021000021
TO FURTHER CREDIT
CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.
ACCT# 323-415660
*PLEASE REFERENCE INVOICE NUMBERS

| | |
|---|---:|
| **Sales Total:** | 560,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 560,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

**INVOICE**

| | |
|---|---|
| Invoice No. | 100786 |
| Contract No. | 1339 TC |
| Date | 10/01/14 |
| Customer ID | 133154 |
| Term | Net 30 Days |
| Currency | USD |
| Installment | 5 OF 5 |

**BILL TO:**
CTH Content Company Limited
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK 10250
Thailand

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 560,000.00 |

RAW (3HR)52 EPISODES @ $13,461.54/EACHEPISODE (#1075-1126)
SMACKDOWN (2HR)52 EPISODES @ $10,769.23/EACH EPISODE (#750-801) MAIN EVENT 52 EPISODES @ $5,384.62/EACH EPISODE (#66-117)
SUPERSTARS 52 EPISODES @ $5,384.62/EACH EPISODE (#247-298)
NXT 52 EPISODES @ $1,615.38/EACH EPISODE (#202-253)
BOTTOMLINE 52 EPISODES @ $2,692.31/EACH EPISODE (#607-658)
AFTERBURN 52 EPISODES @ $5,384.62/EACH EPISODE (#607-658)
VINTAGE COLLECTION 52 EPISODES @ $1,076.92/EACH EPISODE (#292-343)
WWE EXPERIENCE 52 EPISODES @ $2,692.31/EACH EPISODE (#506-557)
THIS WEEK 52 EPISODES @ $2,692.31/EACH EPISODE (#258-309)
PPVSPECILAS
12 EPISODES @ $11,666.67/EACH
EPISODE (#1-12)

THAILAND

**PLEASE WIRE FUNDS AS FOLLOWS:**
JP MORGAN CHASE
270 PARK AVENUE
41ST FLOOR
NEW YORK,NY 10017
SWIFT CODE:CHASUS33
ABA # 021000021
TO FURTHER CREDIT
CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.
ACCT# 323-415660
*PLEASE REFERENCE INVOICE NUMBERS

| | |
|---|---|
| **Sales Total:** | 560,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 560,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---|
| **Invoice No.** | 102403 |
| **Contract No.** | 1340 TC |
| **Date** | 01/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 1 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page  1 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 728,000.00 |

RAW (3HR)
52 EPISODES @ $17,500/EACH EPISODE (#1127-1178)

SMACKDOWN (2HR)
52 EPISODES @ $14,000/EACH
EPISODE (#802-853)

MAIN EVENT
52 EPISODES @ $7,000/EACH
EPISODE (#118-169)

SUPERSTARS
52 EPISODES @ $7,000/EACH
EPISODE (#299-350)

NXT
52 EPISODES @ $2,100/EACH
EPISODE (#254-305)

BOTTOMLINE
52 EPISODES @ $3,500/EACH
EPISODE (#659-710)

AFTERBURN
52 EPISODES @ $7,000.00/EACH
EPISODE (#659-710)

VINTAGE COLLECTION
52 EPISODES @ $1,400.00/EACH
EPISODE (#344-395) WWE EXPERIENCE
52 EPISODES @ $3,500.00/EACH
EPISODE (#558-609)

THIS WEEK
52 EPISODES @ $3,500.00/EACH
EPISODE (#310-361)

PPVSPECILAS
12 EPISODES @ $15,166.67/EACH
EPISODE (#1-12)

THAILAND



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---:|
| **Invoice No.** | 102403 |
| **Contract No.** | 1340 TC |
| **Date** | 01/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 1 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page 2 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---:|

**PLEASE WIRE FUNDS AS FOLLOWS:**
**JP MORGAN CHASE**
**270 PARK AVENUE**
**41ST FLOOR**
**NEW YORK, NY 10017**
**SWIFT CODE: CHASUS33**
**ABA # 021000021**
**TO FURTHER CREDIT**
**CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.**
**ACCT# 323-415660**
**\*PLEASE REFERENCE INVOICE NUMBERS**

| | |
|---|---:|
| **Sales Total:** | 728,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 728,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---|
| **Invoice No.** | 102901 |
| **Contract No.** | 1340 TC |
| **Date** | 03/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 2 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page 1 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 728,000.00 |

RAW (3HR)
52 EPISODES @ $17,500/EACH EPISODE (#1127-1178)

SMACKDOWN (2HR)
52 EPISODES @ $14,000/EACH
EPISODE (#802-853)

MAIN EVENT
52 EPISODES @ $7,000/EACH
EPISODE (#118-169)

SUPERSTARS
52 EPISODES @ $7,000/EACH
EPISODE (#299-350)

NXT
52 EPISODES @ $2,100/EACH
EPISODE (#254-305)

BOTTOMLINE
52 EPISODES @ $3,500/EACH
EPISODE (#659-710)

AFTERBURN
52 EPISODES @ $7,000.00/EACH
EPISODE (#659-710)

VINTAGE COLLECTION
52 EPISODES @ $1,400.00/EACH
EPISODE (#344-395) WWE EXPERIENCE
52 EPISODES @ $3,500.00/EACH
EPISODE (#558-609)

THIS WEEK
52 EPISODES @ $3,500.00/EACH
EPISODE (#310-361)

PPVSPECILAS
12 EPISODES @ $15,166.67/EACH
EPISODE (#1-12)

THAILAND



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---:|
| **Invoice No.** | 102901 |
| **Contract No.** | 1340 TC |
| **Date** | 03/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 2 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page 2 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---:|

**PLEASE WIRE FUNDS AS FOLLOWS:**
**JP MORGAN CHASE**
**270 PARK AVENUE**
**41ST FLOOR**
**NEW YORK,NY  10017**
**SWIFT CODE:CHASUS33**
**ABA # 021000021**
**TO FURTHER CREDIT**
**CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.**
**ACCT# 323-415660**
**\*PLEASE REFERENCE INVOICE NUMBERS**

| | |
|---|---:|
| **Sales Total:** | 728,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 728,000.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

**INVOICE**

| | |
|---|---|
| **Invoice No.** | 104680 |
| **Contract No.** | 1340 TC |
| **Date** | 06/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 3 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page 1 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 728,000.00 |

RAW (3HR)
52 EPISODES @ $17,500/EACH EPISODE (#1127-1178)

SMACKDOWN (2HR)
52 EPISODES @ $14,000/EACH
EPISODE (#802-853)

MAIN EVENT
52 EPISODES @ $7,000/EACH
EPISODE (#118-169)

SUPERSTARS
52 EPISODES @ $7,000/EACH
EPISODE (#299-350)

NXT
52 EPISODES @ $2,100/EACH
EPISODE (#254-305)

BOTTOMLINE
52 EPISODES @ $3,500/EACH
EPISODE (#659-710)

AFTERBURN
52 EPISODES @ $7,000.00/EACH
EPISODE (#659-710)

VINTAGE COLLECTION
52 EPISODES @ $1,400.00/EACH
EPISODE (#344-395) WWE EXPERIENCE
52 EPISODES @ $3,500.00/EACH
EPISODE (#558-609)

THIS WEEK
52 EPISODES @ $3,500.00/EACH
EPISODE (#310-361)

PPVSPECILAS
12 EPISODES @ $15,166.67/EACH
EPISODE (#1-12)

THAILAND



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---:|
| **Invoice No.** | 104680 |
| **Contract No.** | 1340 TC |
| **Date** | 06/01/15 |
| **Customer ID** | 133154 |
| **Term** | Net 30 Days |
| **Currency** | USD |
| **Installment** | 3 OF 5 |

**BILL TO:**
CABLE THAI HOLDINGS PUBLIC
COMPANY LIMITED (CTH)
96/1 CHALERMPRAKIAT ROR 9 RD
NONG BON, PRAWET
ATTN: ACCOUNTS PAYABLE
BANGKOK  10250

Page 2 of 2

| DESCRIPTION | EXTENDED PRICE |
|---|---:|

**PLEASE WIRE FUNDS AS FOLLOWS:**
**JP MORGAN CHASE**
**270 PARK AVENUE**
**41ST FLOOR**
**NEW YORK,NY  10017**
**SWIFT CODE:CHASUS33**
**ABA # 021000021**
**TO FURTHER CREDIT**
**CUSTOMER NAME: WORLD WRESTLING ENTERTAINMENT, INC.**
**ACCT# 323-415660**
*****PLEASE REFERENCE INVOICE NUMBERS**

| | |
|---|---:|
| **Sales Total:** | 728,000.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 728,000.00 |