# EXHIBIT B

| Amount Due | Due Date | Interest Rate | Interest Per Day | Days Past Due | Interest Past Due | Amount Owed Plus Interest |
|---|---|---|---|---|---|---|
| $560,000 | 1-Mar-14 | 5.25% | 0.014% | 610 | $ 49,134.25 | $ 609,134.25 |
| $560,000 | 1-Jun-14 | 5.25% | 0.014% | 518 | $ 41,723.84 | $ 601,723.84 |
| $560,000 | 1-Aug-14 | 5.25% | 0.014% | 457 | $ 36,810.41 | $ 596,810.41 |
| $560,000 | 1-Oct-14 | 5.25% | 0.014% | 396 | $ 31,896.99 | $ 591,896.99 |
| $728,000 | 1-Jan-15 | 5.25% | 0.014% | 304 | $ 31,832.55 | $ 759,832.55 |
| $728,000 | 1-Mar-15 | 5.25% | 0.014% | 245 | $ 25,654.52 | $ 753,654.52 |
| $728,000 | 1-Jun-15 | 5.25% | 0.014% | 153 | $ 16,020.99 | $ 744,020.99 |
| $728,000 | 1-Aug-15 | 5.25% | 0.014% | 92 | $ 9,633.53 | $ 737,633.53 |
| $728,000 | 1-Aug-15 | 5.25% | 0.014% | 79 | $ 8,272.27 | $ 736,272.27 |
| $910,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 10,340.34 | $ 920,340.34 |
| $910,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 10,340.34 | $ 920,340.34 |
| $910,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 10,340.34 | $ 920,340.34 |
| $910,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 10,340.34 | $ 920,340.34 |
| $910,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 10,340.34 | $ 920,340.34 |
| $1,137,500 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 12,925.43 | $ 1,150,425.43 |
| $1,137,500 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 12,925.43 | $ 1,150,425.43 |
| $1,137,500 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 12,925.43 | $ 1,150,425.43 |
| $1,137,500 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 12,925.43 | $ 1,150,425.43 |
| $1,137,500 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 12,925.43 | $ 1,150,425.43 |
| $1,365,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 15,510.51 | $ 1,380,510.51 |
| $1,365,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 15,510.51 | $ 1,380,510.51 |
| $1,365,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 15,510.51 | $ 1,380,510.51 |
| $1,365,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 15,510.51 | $ 1,380,510.51 |
| $1,365,000 | 14-Aug-15 | 5.25% | 0.014% | 79 | $ 15,510.51 | $ 1,380,510.51 |
| $22,942,500 | | | | | $444,860.76 | $ 23,387,360.76 |