UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 MAR -7 P 1:00

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : <br> : <br> : CIVIL NO. 3:15CV1204 (VLB) |
| v. | : <br> : |
| CTH CONTENT COMPANY LIMITED and CTH PUBLIC COMPANY LIMITED, | : <br> : |

## DEFAULT JUDGMENT

The defendants, CTH Content Company Limited and CTH Public Company Limited having failed to appear, plead or otherwise defend in this action as to the complaint filed by World Wrestling Entertainment, Inc., and a default under Fed.R.Civ.P. 55(a) having been entered on October 23, 2015; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered against the defendants CTH Content Company Limited and CTH Public Company Limited, jointly and severally, in the total amount of $23,387,360.76, representing liquidated damages of $22,942,500 and contractual interest of $444,860.76

Dated at Hartford, Connecticut, this 7th day of March, 2016.

ROBIN D. TABORA, Clerk

By ___/s/ CEF_____
Chester Fernández, Deputy Clerk

EOD: 3/7/16