UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WORLD WRESTLING ENTERTAINMENT,
INC.

v.

CTH CONTENT COMPANY LIMITED and
CTH PUBLIC COMPANY LIMITED,

CIVIL NO. 3:15CV1204 (VLB)

## SUPPLEMENTAL JUDGMENT

The defendants, CTH Content Company Limited and CTH Public Company Limited having failed to appear, plead or otherwise defend in this action as to the complaint filed by World Wrestling Entertainment, Inc., and a default under Fed.R.Civ.P. 55(a) having been entered on October 23, 2015; and

The plaintiff, World Wrestling Entertainment Inc. having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, and Default Judgment having entered against defendants CTH Content Company Limited and CTH Public Company Limited, jointly and severally, in the total amount of $23,387,360.76 on March 7, 2016; and

The Plaintiff having filed a Motion for Supplemental Judgment, and the Court having granted the motion on March 11, 2016; it is hereby

ORDERED, ADJUDGED and DECREED that supplemental judgment be and hereby is entered against the defendants CTH Content Company Limited and CTH Public Company Limited, jointly and severally, in the total amount of $405,893.69, representing additional contractual interest owed by defendants.

Dated at Hartford, Connecticut, this 15th day of March, 2016.

                                        ROBIN D. TABORA, Clerk

                                        By _____/s/ CF_____
                                        Chester Fernández, Deputy Clerk

EOD: 03/15/16